**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SCOTT D. WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 13-2199 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *suing Carolyn W. Colvin,* | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

A Report and Recommendation (#23) was filed by Magistrate Judge David G. Bernthal in the above cause on December 19, 2014, recommending that plaintiff's motion for summary judgment (#17) be granted and defendant's motion for summary judgment (#21) be denied and that the case be remanded under Sentence Four of § 405(g). On January 15, 2015, the Government filed its objection (#25) to the Magistrate Judge's Report and Recommendation asking the court to reject the Report and Recommendation and affirm the ALJ's decision. The plaintiff filed a response (#26) to the Government's objection on January 29, 2015.

The Court has reviewed the report and recommendation, objection and response thereto and agrees with the recommendation of the Magistrate Judge. Therefore, the recommendation of the Magistrate Judge is accepted by the court. See <u>Video Views, Inc.  v. Studio 21, Ltd</u>, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1)     The Report and Recommendation (#23) is accepted by this court.

(2)     The plaintiff's Motion for Summary Judgment (#17) is GRANTED.

(3)     The defendant's Motion for Summary Judgment (#21) is DENIED.

(4)     This case is remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

(5)     This case is terminated.

Entered this 4th day of March, 2015.

**/s/ Harold A. Baker**

_____

Harold A. Baker
United States District Judge