UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT D. WEBSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 13-2199 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *suing Carolyn W. Colvin,* | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A Report and Recommendation (#34) was filed by Magistrate Judge David G. Bernthal in the above cause on July 28, 2015, recommending that plaintiff's motion for attorney's fees under the Equal Access to Justice Act (#29) be denied.  On August 11, 2015, the plaintiff filed his objection (#35) to the Magistrate Judge's Report and Recommendation asking the court to reject the Report and Recommendation and award fees as appropriate under the Equal Access to Justice Act.  The defendant filed its response (#36) to the plaintiff's objection on August 24, 2015, and the plaintiff filed his reply to the response (#37) on September 2, 2015.

The Court has reviewed the Report and Recommendation, objection, response and reply thereto and agrees with the recommendation of the Magistrate Judge.  Therefore, the recommendation of the Magistrate Judge is accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1)   The Report and Recommendation (#34) is accepted by this court.

(2)   The plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (#29) is DENIED.

ENTERED this 3rd day of September, 2015.

**/s/ Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE